[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Nov. 30, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-14667
Non-Argument Calendar

_____

D. C. Docket No. 08-60098-CR-KAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REINALDO ATKINS,
a.k.a. Shamel Teofilo Thomas,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(November 30, 2009)

Before CARNES, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Mauricio Aldazabal, appointed counsel for Reinaldo Atkins in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Atkins's convictions and sentences are **AFFIRMED.**